UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

VARISCITE NY ONE, INC.,

          *Plaintiff*,    **NOTICE OF MOTION**

   -against-           22-CV-1013

STATE OF NEW YORK; NEW YORK STATE OFFICE  GLS/DJS
OF CANNABIS MANAGEMENT; AND CHRISTOPHER
ALEXANDER,

          *Defendants*.

---

PLEASE TAKE NOTICE that upon the Supplemental Declaration of Herb Barbot; the accompanying memorandum of law; and upon all prior proceedings, Defendants, State of New York, New York State Office of Cannabis Management, and Christopher Alexander, on a date and time to be scheduled upon filing by the Clerk of Court, or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Northern District of New York, Albany, New York, pursuant to Rules 59(e) and 62(d) of the Federal Rules of Civil Procedure, for an order: 1) granting Defendants' motion to modify the Court's November 10, 2022 Preliminary Injunction Decision and Order; 2) in the alternative, granting Defendants' motion for a stay pending appeal, together with such other or further relief as may be just.

Dated: Albany, New York
November 22, 2022

                                 LETITIA JAMES
                                 Attorney General of the State of New York
                                 Attorney for Defendants State of New York,
                                 New York State Office of Cannabis
                                 Management, and Christopher Alexander
                                 The Capitol
                                 Albany, New York  12224

                               By: *s/ Amanda Kuryluk*
                                 Amanda Kuryluk
                                 Assistant Attorney General, of Counsel
                                 Bar Roll No. 516864
                                 Telephone: (518) 776-2621
                                 Fax::   (518) 915-7740 (Not for service of papers)
                                 Email: amanda.kuryluk@ag.ny.gov

To:    Thomas J. Higgs, Esq.
         Via ECF

         Christian E. Kernkamp, Esq.
         Via ECF