
Western NY
Finger Lakes
Central NY
Southern Tier
Mohawk Valley
North Country
Capital Region
Mid-Hudson
Bronx
Manhattan
Queens
Staten Island
Long Island
PENNSYLVANIA
NEW JERSEY
CONNECTICUT
MASSACHUSETTS
VERMONT
NEW HAMPSHIRE
Enjoined
No
Yes
License Type
AUCC
AUCP
Leaflet | Tiles © Esri — Esri, DeLorme, NAVTEQ