**Office of Cannabis Management**
**CAURD Qualifying Business Applicant Evaluation Form**

| Application Number | OCMCAURD-2022-000540 |
|---|---|
| **Applicant Business Name:** | Variscite NY One, Inc. |
| **Applicant Region:** | Finger Lakes |
| **Applicant Score:** | 41 |
| **Applicant Rank in Region:** | 41/43 |

**Ownership Overview**

| Owner Name | Ownership % |
|---|---|
| Jeffrey Jensen | 49 |
| Kenneth Gay | 51 |

**Score Overview**

| Application Sections | Score |
|---|---|
| Justice Involved Questions | 23 |
| Qualifying Business Questions | 18 |
| Total | 41 |

1

# Office of Cannabis Management
# CAURD Qualifying Business Applicant Evaluation Form

**Application Scoring Detail**

| Application Question | Answer | Points Awarded | Points Possible |
|---|---|---|---|
| *Justice Involved Questions* | | | |
| Justice Involved Owner with Sole Control Name | Kenneth Gay | | |
| Conviction Offense | Michigan- 333.74012D3 Controlled Substance- Delivery/Manufacture Marijuana | | |
| Was the conviction for a marijuana related offense on the Justice Involved Owner or their family member? If family, provide their name and relationship, if known. | Self | 15 | 15 |
| Address where person convicted lived at time of arrest & year it occurred. | ▮▮▮▮▮▮▮▮▮▮, Battle Creek, MI ▮▮▮▮▮ (2007) | 8 | 40 |
| *Qualifying Business Questions* | | | |
| Name & Description of Qualifying Business | KHI Construction, LLC- Construction and remodeling for end users and property owners. | | |
| What was the largest number of W2 employees on the qualifying business's payroll during the two years of highest net profitability when the applicant had a 10% or greater ownership stake in the qualifying business? | 0 | 0 | 9 |
| How many years did the qualifying business operate while the justice involved individual was an owner? | 7 | 4.5 | 4.5 |
| Was the qualifying business a retail business, or sold products or services directly to the end-consumer? | Yes | 4.5 | 4.5 |
| Did the qualifying business have a physical location where the customers could visit? | No | 0 | 4.5 |
| Address where qualifying business was located & year it opened. | N/A | 0 | 4.5 |
| Did the justice-involved owner of the qualifying business, or the qualifying business itself, have an uncleared tax lien against its assets or its property? | No | 4.5 | 4.5 |
| Does your qualifying business fall under one of these business categories?  Restaurant or Hospitality / Retail Goods / Personal Services / Business Services / Other (please describe) | Other (Construction) | 0 | 6.75 |
| Net revenue of the qualifying business for the most recent year in which we have documentation, as provided on federal tax returns. | *Tax documents cannot be opened for review | 4.5 | 4.5 |
| Was the qualifying business denied a bank loan in its first two years of operation? | No | 0 | 2.25 |

**Office of Cannabis Management**
**CAURD Qualifying Business Applicant Evaluation Form**

**True Parties of Interest**

| Name (First, Last, Middle Initial) | Person or Business | Ownership % | Conflict with Board (Y/N) |
|---|---|---|---|
| Jeffrey Jensen | Person | 49 | N |
| Kenneth Gay | Person | 51 | N |
| Justyna Jensen | Person | 0 | N |

**Background Check Flags (if applicable)**

|   |
|---|
|   |