UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

VARISCITE NY ONE, INC.,

                              *Plaintiff*,        **NOTICE OF APPEAL**

     -against-                          22-CV-1013

STATE OF NEW YORK; NEW YORK STATE OFFICE      GLS/DJS
OF CANNABIS MANAGEMENT; AND CHRISTOPHER
ALEXANDER,

                              *Defendants*.

---

      Please take notice that Defendants, State of New York, New York State Office of Cannabis Management, and Christopher Alexander hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum-Decision and Order (ECF No. 28) entered in this action on November 10, 2022.

Dated:  Albany, New Yor
          December 8, 2022

                                      LETITIA JAMES
                                      Attorney General of the State of New York
                                      Attorney for Defendants State of New York,
                                      New York State Office of Cannabis
                                      Management, and Christopher Alexander
                                      The Capitol
                                      Albany, New York  12224

                                      By: *s/ Amanda Kuryluk*
                                      Amanda Kuryluk
                                      Assistant Attorney General, of Counsel
                                      Bar Roll No. 516864
                                      Telephone: (518) 776-2621
                                      Fax::   (518) 915-7740 (Not for service of papers)
                                      Email: amanda.kuryluk@ag.ny.gov

To:    Thomas J. Higgs, Esq.

Via ECF

Christian E. Kernkamp, Esq.
Via ECF