

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on December 8, 2022 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, and maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Syracuse Clerk's Office if you need any of the following documents:

Docket No.(s): 6, 29, 33

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 9th day of December, 2022.

Clerk of Court

By:   Max A. Prebit
       Deputy Clerk

## Case Information

Case Name & No. Variscite NY One, Inc. v. State of New York, et al - 1:22-cv-1013 (GLS/DJS)
Docket No. of Appeal:        34
Document Appealed:           28

Fee Status:   Paid _X_    Due __    Waived (IFP/CJA) __    IFP revoked __
              Application Attached __    IFP pending before USDJ __

Counsel:              Retained _X_         Pro Se __

Time Status:          Timely _X_           Untimely __

Motion for Extension of Time:     Granted __      Denied __       N/A _X_

Certificate of Appealability:     Granted __      Denied __       N/A _X_

State Court Papers are being sent by UPS as of: _____