UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

VARISCITE NY ONE, INC.,

                              *Plaintiff*,

-against-

STATE OF NEW YORK; NEW YORK STATE OFFICE
OF CANNABIS MANAGEMENT; AND CHRISTOPHER
ALEXANDER,

                              *Defendants*.

**MOTION FOR ADMISSION PRO HAC VICE**
22-CV-1013

GLS/DJS

      COMES NOW Amanda Kuryluk, an attorney duly licensed to practice law in the State of New York and admitted to practice in the United States District Court for the Northern District of New York, who is serving as lead counsel for Defendants in this action, and hereby moves for the admission *pro hac vice* of Jeffrey W. Lang, an attorney duly licensed to practice law in the State of New York.  In support of this motion, your movant represents the following:

      1.   Jeffrey W. Lang is an attorney duly licensed to practice law in the State of State of New York and Second Circuit Court of Appeals.

      2.   Movant, Amanda Kuryluk, A.A.G. is a member in god standing of the New York Bar and the United States District Court for the Northern District of New York and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and

things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

    3.   In accordance with the local rules of this Court, Jeffrey W. Lang has made payment of this Court's $100.00 admission fee.

    4.   Jeffrey W. Lang, by and through designated counsel and pursuant to CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jeffrey W. Lang at email address: jeffrey.lang@ag.ny.gov.

**WHEREFORE**, your movant respectfully requests the entry of an Order admitting this motion and admitting Jeffrey W. Lang *pro hac vice* to act as counsel of record for the Defendants before this Honorable Court in the above-captioned action.

Dated:    Albany, New York
           December 19, 2022

                                          LETITIA JAMES
                                          Attorney General of the State of New York
                                          Attorney for Defendants State of New York, New York State Office of Cannabis Management, and Christopher Alexander
                                          The Capitol
                                          Albany, New York  12224

                                          By: *s/ Amanda Kuryluk*
                                          Amanda Kuryluk
                                          Assistant Attorney General, of Counsel
                                          Bar Roll No. 516864
                                          Telephone:  (518) 776-2621
                                          Fax:  (518) 915-7740 (Not for service of papers)
                                          Email: amanda.kuryluk@ag.ny.gov

TO:    Thomas J. Higgs, Esq. (via ECF)
          Christina Kernkamp, Esq. (via ECF)