## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

_____

**Petition of :** _____

_____

**DECLARATION
OF
SPONSOR**

STATE OF NEW YORK
COUNTY OF _____

_____, being duly sworn, depose and say:

**1.**   That I am an attorney associated with the law firm of _____,

and am a member in good standing with the United States District Court for the Northern District of

New York.   My NYND Bar Roll Number is: _____.

**2.**   I make this Declaration in support of the admission of _____.

**3.**   I have known _____ since _____,

and find him / her to be of high moral character and suitable for admission to the United States District

Court for the Northern District of New York.

~ ~ ~ ~ ~ ~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

**Dated this _____, day of _____, 20_____.**

_____
**SPONSOR**