UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

VARISCITE NY ONE, INC.,

                      *Plaintiff,*

-against-

STATE OF NEW YORK; NEW YORK STATE OFFICE OF CANNABIS MANAGEMENT; and CHRISTOPHER ALEXANDER,

                      *Defendants.*

**NOTICE OF APPEARANCE**

1:22-cv-1013
(GLS/DJS)

---

PLEASE TAKE NOTICE that Deputy Solicitor General, Jeffrey W. Lang, whose address and telephone number are as set forth below, hereby appears in this action on behalf of the Defendants, STATE OF NEW YORK; NEW YORK STATE OFFICE OF CANNABIS MANAGEMENT; and CHRISTOPHER ALEXANDER.

Dated: Albany, NY
         January 11, 2023

LETITIA JAMES
Attorney General of the State of New York
*Attorney for Defendants*
The Capitol
Albany, NY 12224

By: s/ Jeffrey W. Lang
Jeffrey W. Lang
Deputy Solicitor General
Telephone: (518) 776-2027
Email: Jeffrey.Lang@ag.ny.gov

To:    Thomas J. Higgs, Esq.
        Christian E. Kernkamp, Esq.
        (via ECF)