UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

VARISCITE NY ONE, INC.,

*Plaintiff*,

-against-

STATE OF NEW YORK; NEW YORK STATE OFFICE
OF CANNABIS MANAGEMENT; AND CHRISTOPHER
ALEXANDER,

*Defendants*.

**AMENDED NOTICE OF
APPEAL**

22-CV-1013

GLS/DJS

---

Please take notice that Defendants, State of New York, New York State Office of Cannabis Management, and Christopher Alexander hereby appeal to the United States Court of Appeals for the Second Circuit from 1) the Memorandum-Decision and Order (ECF No. 28) entered in this action on November 10, 2022; and 2) the Memorandum-Decision and Order (ECF No. 46) entered in this action on January 31, 2023, insofar as it denied Defendants' Motion to Modify the Preliminary Injunction contained in this Court's November 10, 2022 Memorandum-Decision and Order, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.

Dated:  Albany, New Yor
       February 1, 2023

                                        LETITIA JAMES
                                        Attorney General of the State of New York
                                        Attorney for Defendants State of New York,
                                        New York State Office of Cannabis
                                        Management, and Christopher Alexander
                                        The Capitol
                                        Albany, New York  12224

                                      By: *s/ Amanda Kuryluk*
                                      Amanda Kuryluk
                                      Assistant Attorney General, of Counsel
                                      Bar Roll No. 516864
                                      Telephone: (518) 776-2621
                                      Fax::   (518) 915-7740 (Not for service of papers)
                                      Email: amanda.kuryluk@ag.ny.gov

To:    Thomas J. Higgs, Esq.
        Via ECF

        Christian E. Kernkamp, Esq.
        Via ECF